**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| MATTHEW DANIEL PASQUARELLO | : | |
| | : | |
| Debtor(s) | : | No. 25-13666 djb |

## CERTIFICATE OF SERVICE

I, **Michele Perez Capilato**, certify that on **February 8, 2026**, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date:   February 8, 2026

/s/ Michele Perez Capilato, Esquire

Michele Perez Capilato, Esquire

PA I.D. No. 90438

Law Offices of Michele Perez Capilato 500 Office Center Drive

Suite 400

Fort Washington, PA 19034

(267) 513-1777

michelecapilatolaw@gmail.com

Mailing List Exhibit:

Kenneth E. West
Standing Chapter 13 Trustee
1234 Market Street
Suite 18-341
Philadelphia, PA 19107

Relationship of Party: Standing Chapter 13 Trustee
Via:     _X_ CM/ECF    1st Class Mail   Certified Mail   e-mail:   Other

Office of the United States Trustee

Relationship of Party: United States Trustee
Via:     _X_ CM/ECF    1st Class Mail   Certified Mail   e-mail: Other:

```
Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130
```

Relationship of Party: creditor
Via:  __CM/ECF _X_1st Class Mail __Certified Mail __e-mail _____    Other:

```
Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062
```

Relationship of Party: creditor
Via:  __CM/ECF _X_1st Class Mail __Certified Mail __e-mail _____    Other:

```
Jefferson Health
833 Chestnut Street
Suite 115
Philadelphia, PA 19107
```

Relationship of Party: creditor
Via:  __CM/ECF _X_1st Class Mail __Certified Mail __e-mail _____    Other:

```
LVNV Funding LLC/Resurgent Capital Servi
Resurgent Correspondence, Attn: Bankrupt
Po Box 1269
Greenville, SC 29602
```

Relationship of Party: creditor
Via:  __CM/ECF _X_1st Class Mail __Certified Mail __e-mail _____    Other:

```
Michael P. Clarke, Esquire
7 Neshaminy Interplex
Suite 215
Feasterville Trevose, PA 19053
```

Relationship of Party: creditor
Via: __CM/ECF _X_1st Class Mail __Certified Mail __e-mail ____ Other:

```
Mohela
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005
```

Relationship of Party: creditor
Via: __CM/ECF _X_1st Class Mail __Certified Mail __e-mail ____ Other:

```
Montgomery County Tax Claim Bureau
1 Montgomery Plaza
Suite 600
Norristown, PA 19401
```

Relationship of Party: creditor
Via: __CM/ECF _X_1st Class Mail __Certified Mail __e-mail ____ Other:

```
Parking Collections Department
POB 34987
Philadelphia, PA 19101
```

Relationship of Party: creditor
Via: __CM/ECF _X_1st Class Mail __Certified Mail __e-mail ____ Other:

```
Professional Account Management
POB 500
Horseheads, NY 14845-0500
```

Relationship of Party: creditor
Via: __CM/ECF _X_1st Class Mail __Certified Mail __e-mail ____ Other:

```
Tilt/Empower Cash Advance
Tilt, Attn: Bankruptcy
660 York St
San Francisco, CA 94110
```

Relationship of Party: creditor
Via: __CM/ECF _X_1st Class Mail __Certified Mail __e-mail ____ Other:

```
Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud, MN 56302-9617
```

Relationship of Party: creditor
Via: __CM/ECF _X_1st Class Mail __Certified Mail __e-mail ____ Other:

```
Montgomery County Tax Claim Bureau
c/o Michael Vagnoni
Obermayer Rebmann Maxwell & Hippel LLP
1500 Market Street, Suite 3400
```

```
Centre Square West
Philadelphia, PA 19102
```

Relationship of Party: creditor
Via:  __CM/ECF  _X_1st Class Mail  __Certified Mail  __e-mail  ____    Other:

```
LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
```

Relationship of Party: creditor
Via:  __CM/ECF  _X_1st Class Mail  __Certified Mail  __e-mail  ____    Other: